# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 21, 2024

## NO. 03-23-00512-CV

**Ken Paxton, Attorney General of the State of Texas, Appellant**

**v.**

**Tarrant County, Appellee**

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on May 19, 2023. Ken Paxton has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.